# United States District Court
# For The Western District of North Carolina
# Asheville Division

Robert L. Van Buskirk,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              1:11cv123

United States of America,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/9/11 Order.

                                            Signed: August 9, 2011

                                            Frank G. Johns, Clerk
                                            United States District Court